IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHALPIN DENTAL ASSOCIATES, PC; JOHN W. CHALPIN,<br><br>    Third-Party Plaintiffs,<br><br>v.<br><br>CIEOS, INC.<br><br>    Third-Party Defendant. | Civil Action<br><br>No. 10-7342 |

## **ORDER**

**AND NOW**, this 10th day of May, 2011, upon consideration of third-party plaintiffs' Application for Default Judgment and the Affidavits submitted with said Application, it is hereby **ORDERED** that:

(1) the third-party complaint (Docket No. 8) is **STRICKEN**; and

(2) the application for default judgment (Docket No. 15) is **DENIED AS MOOT**.

If third-party plaintiffs wish to refile the third-party complaint, they may do so within two weeks of this order, accompanied by a motion seeking leave of court to refile and serving third-party defendant in accordance with Federal Rule of Civil Procedure 4(h).

                                                      /s/ Louis H. Pollak
                                                      Pollak, J.