IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANUFACTURERS AND TRADERS TRUST CO., <br><br> Plaintiff, <br><br> v. <br><br> CHALPIN DENTAL ASSOCIATES, P.C., and JOHN W. CHALPIN, <br><br> Defendants/Third-Party Plaintiffs, <br><br> v. <br><br> CIEOS, INC., and EKRAMUL KHAN, <br><br> Third-Party Defendants. | CIVIL ACTION <br><br> No.  10-7342 |

## ORDER

**AND NOW**, this 26th day of March, 2012, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** as follows:

(1) Manufacturers and Traders Trust Co.'s May 18, 2011, motion for summary judgment (Docket No. 18) is **DENIED**;

(2) Chalpin Dental Associates, P.C. and John W. Chalpin's November 8, 2011, motion for entry of default judgment (Docket No. 38) is **DENIED**;

(3) The default by Ekramul Khan, entered on November 7, 2011, is **VACATED AND SET ASIDE**; and,

(4)     Khan shall have **twenty-one** days from the date of the entry of this Order in which to file a responsive pleading.

                                        BY THE COURT:


                                        /s/ Louis H. Pollak
                                        Pollak, J.